IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

In Re:

Curtis Ray Brown,
                  Debtor.

Case No. 19-29722-gmh

Chapter 13

Judge G. Michael Halfenger

**REQUEST FOR SERVICE OF NOTICE**

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

    You are hereby given notice that Bonial & Associates, P.C. has been engaged by the interested party identified below to serve as its authorized agent in this matter.

    You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the creditor at the following address:

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096,
Dallas, Texas 75261-9741

                                          Respectfully submitted,
                                          Bonial & Associates, P.C.

                                          /s/ Paul W. Cervenka
                                          Paul W. Cervenka
                                          14841 Dallas Parkway, Suite 425
                                          Dallas, Texas 75254
                                          (972) 643-6600
                                          (972) 643-6698 (Telecopier)
                                          E-mail: POCInquiries@BonialPC.com
                                          Authorized Agent for Nationstar Mortgage LLC
                                          d/b/a Mr. Cooper

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before October 15, 2019 via electronic notice unless otherwise stated:

**Debtor**  *Via U.S. Mail*
Curtis Ray Brown
6790 N. Braeburn Lane
Milwaukee, WI 53209


**Debtors' Attorney**
Chad L. Schomburg
Attorney At Law
2600 N. Mayfair Road Suite 700
Milwaukee, WI  53226

**Chapter 13 Trustee**
Rebecca R. Garcia
P.O. Box 3170
Oshkosh, Wisconsin 54903-3170


/s/ Paul W. Cervenka
Paul W. Cervenka